THOMAS MALONE, Appellant, *v.* CATHOLIC RELIEF AND BENEFICIARY ASSOCIATION, Respondent.

*Malone v. Catholic Relief & Beneficiary Assn.*, 171 App. Div. 889, affirmed.

(Argued February 4, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered October 27, 1915, *unanimously* affirming a judgment in favor of defendant entered upon a verdict in an action to recover upon a certificate of life insurance. The answer set up separate defenses of fraudulent statements and misrepresentations alleged to have been made by insured in the application for insurance, with respect to her condition of health at the time of the medical examination and as to whether or not she had certain diseases at that time, or had undergone operations.

*Thomas A. Sullivan* and *Charles F. O'Connor* for appellant.

*Frank J. Fitzpatrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.